Sweezy et ux., Appellants, *v.* Ross.

Argued June 18, 1971.

*Daniel E. Teeter,* for appellants; no oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for further hearing.

Tahl, Appellant, *v.* Ludlow Community Association.

Argued June 16, 1971. *Herman J. Tahl,* appellant, in propria persona; *James B. Crummett,* with him *Oscar N. Gaskins,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Terrell *v.* Schreckengost, Appellant.

Submitted June 14, 1971. *C. Dean Francis,* for appellant; *Richard W. Spivak,* for appellee.

Order affirmed.

Upper Milford Township *v.* Beck, Appellant.